# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2024-3496
LT Case No. 05-2024-SC-35757

—————————————————

JOE THOMPSON A/K/A JOE L.
THOMPSON,

      Appellant,

      v.

AMERICAN EXPRESS NATIONAL
BANK,

      Appellee.

—————————————————

On appeal from the County Court for Brevard County.
Kenneth Friedland, Judge.

Joe L. Thompson, Merritt Island, pro se.

No Appearance for Appellee.

August 1, 2025

PER CURIAM.

AFFIRMED. *See Ciotti v. Hubsch*, 302 So. 3d 497, 499 (Fla. 5th DCA 2020) ("The effect of a default, such as the one entered against [the defendant] in this case, is that a defendant admits to all well-pleaded allegations of a complaint, including a plaintiff's entitlement to liquidated damages." (citing *Bowman v. Kingsland Dev., Inc.,* 432 So. 2d 660, 662 (Fla. 5th DCA 1983))); *Sarasota Est.*

*& Jewelry Buyers, Inc. v. Joseph Gad, Inc.*, 25 So. 3d 619, 621 (Fla. 2d DCA 2009) (recognizing that a trial court may award liquidated damages without notice to the defaulted defendant).

WALLIS, LAMBERT, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____